## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 17 B 26503 |
| Eulette Arrington-Harris, | ) | HON. Deborah L. Thorne |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

### NOTICE OF MOTION

TO:   Chapter 13 Trustee Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL
        60604;

    Cheryl A Considine, Heavney Beyers & Mihlar, PO Box 740, Decatur, IL 62525,
    representing Regions Bank d/b/a Regions Mortgage;

    See Attached Service List.

    PLEASE TAKE NOTICE that on July 15, 2020, at 1:30 p.m., I shall appear before the
HONORABLE Deborah L. Thorne, or any judge sitting in that judge's place, and present the
motion to reinstate the automatic stay, a copy of which is attached.

    This motion will be presented and heard telephonically. No personal appearance in court
is necessary or permitted. To appear and be heard telephonically on the motion, you must set up
and use an account with Court Solutions, LLC. You can set up an account at
www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

    If you object to this motion and want it called on the presentment date above, you must
file a Notice of Objection no later than two (2) business days before that date. If a Notice of
Objection is timely filed, the motion will be called on the presentment date. If no Notice of
Objection is timely filed, the court may grant the motion in advance without a hearing.

### PROOF OF SERVICE

    The undersigned, an attorney, certifies that he transmitted a copy of this notice and the
attached motion to the above-named creditor and also to the attached service list via regular U.S.
Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on
July 8, 2020.

   _/s/ Rigoberto Garcia___
Attorney for Debtors
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

Label Matrix for local noticing
0752-1
Case 17-26503
Northern District of Illinois
Eastern Division
Wed Jul  8 16:07:29 CDT 2020

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

(p)BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

CITY OF CHICAGO DEPT OF FINANCE
WATER DIVISION
333 S STATE ST #410
CHICAGO, IL 60604-3983

City of Chicago - Dept of Finance - Water Di
Po Box 6330
Chicago, IL 60680-6330

(p)COMED
1919 SWIFT DR
OAKBROOK IL 60523-1502

Comcast
41112 Concept Dr
Plymouth MI 48170-4253

Comcast
p.o. box 196
Newark, NJ 07101-0196

Cook County Hospital
25706 Network Place
Chicago, IL 60673-1257

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

DISH NETWORK
9601 S MERIDIAN BLVD
ENGLEWOOD, CO 80112-5905

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA  98083-0657

Dish Network
PO Box 530714
Atlanta, GA 30353-0714

HEAVNER BEYERS MIHLAR LLC
111 E Main St # 200
Decatur, IL 62523-1204

La Rabida Children's Hospital
6501 S Promontory Dr
Chicago, IL 60649-1002

MCYDSNB
3911 S Walton Walker Blvd
Dallas, TX 75236-1509

MCYDSNB
9111 DUKE BLVD
MASON OH 45040-8999

Navient
PO BOX 9655
WILKES BARRE, PA 18773-9655

Navient Solutions, LLC. on behalf of
United Student Aid Funds, Inc.
Attn: Bankruptcy Litigation Unit E3149
PO Box 9430
Wilkes Barre, PA 18773-9430

Peoples Gas
PO BOX 2968
Milwaukee, WI 53201-2968

Peoples Gas Light & Coke Company
200 E Randolph Street
Chicago IL 60601-6433

Provident Hospital
500 E 51st St
Chicago, IL 60615-2494

REGIONS BANK
5014 POPLAR AVENUE
MEMPHIS TN 38117-7604

Regions Bank
3511 Camp Creek Pkwy
Atlanta, GA 30344

Regions Bank dba Regions Mortgage
PO Box 18001
Hattiesburg, MS 39404-8001

United Student Aid Funds, Inc (USAF)
PO Box 8961
Madison WI 53708-8961

University of Chicago Medical Center
800 E. 55th St
Chicago, IL 60615-4906

direct tv
P.O. Box 78616
Phoenix, AZ 85062-8616

Aaron M Weinberg
The Semrad Law Firm, LLC
20 S. Clark St.
28th Floor
Chicago, IL 60603-1811

Alexander Preber
The Semrad Law Firm, LLC
20 S. Clark St, 28th Floor
Chicago, IL 60603-1811

Eulette Arrington-Harris
7710 S Bennett Ave
Chicago, IL 60649-4606

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BMW FINANCIAL SERVICES
5515 PARKCENTER CIR
DUBLIN, OH 43017

(d)BMW FINANCIAL SERVICES
Po Box 3608
Dublin, OH 43016

ComEd
3 Lincokln Cetre
c/o Sabrina Copelan
Villa Park, IL 60181

DIRECT TV
PO BOX 9001069
LOUISVILLE, KY 40290

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Regions Bank d/b/a Regions Mortgage

End of Label Matrix
Mailable recipients    32
Bypassed recipients     1
Total                  33

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                      )
                                            )            CASE NO. 17 B 26503
Eulette Arrington-Harris                    )            HON. Deborah L. Thorne
                                            )            CHAPTER 13
DEBTOR.                                     )

## MOTION TO REINSTATE AUTOMATIC STAY

NOW COMES the Debtor, Eulette Arrington-Harris, by and through Debtor's attorneys,

The Semrad Law Firm, LLC, and moves this Honorable Court to reinstate the automatic stay, and

in support thereof states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C

   §§1334 & 157.  This is a core proceeding pursuant to 28 U.S.C. §157.

2. On September 2, 2017, Debtor filed the above captioned voluntary petition for

   relief under Chapter 13 of the United States Bankruptcy Code.

3. This Honorable Court confirmed the instant case on October 25, 2017.

4. On July 8, 2020, this Honorable Court entered Order Granting Motion for Relief

   from Debtor's Stay filed by Regions Bank d/b/a Regions Mortgage, which

   automatically modified the stay on the property commonly known as 7710 S.

   Bennett Ave, Chicago, IL 60649, due to lack of funds.

5. Debtor had the funds to tender on the day of court, however she was unable to bring

   them in prior to the hearing.

6. On July 8, 2020, Debtor tendered certified funds in the amount of $11,899.00 to

   bring her substantially current on her post petition mortgage payments.  Please see

   Exhibit A.

7.     Debtor respectfully requests this Honorable Court to reinstate the automatic stay to the property commonly known as 7710 S. Bennett Ave, Chicago, IL 60649.

8.     Debtor has filed the instant case in good faith and is in a position to proceed.

WHEREFORE, Eulette Arrington-Harris, Debtor, respectfully requests this Honorable Court approve:

A.  To enter an Order reinstating the automatic stay to the property commonly known as 7710 S. Bennett Ave, Chicago, IL 60649; and

B.  For such other and further relief as this Court deems fair and just.

Respectfully Submitted,

_____/s/ *Rigoberto Garcia*_____
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
 (312) 913-0625